

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00711-CV

**IN RE** Andre M. **LARKINS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
                  Karen Angelini, Justice
                  Luz Elena D. Chapa, Justice

Delivered and Filed:  October 23, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On October 16, 2013, relator filed a petition for writ of mandamus.  The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding is brought pursuant to the Election Code with respect to a scheduled recall election in the City of Cibolo, Texas. *See* TEX. ELEC. CODE ANN. § 273.061 (West 2010). The respondents are the Mayor and City Council Members of the City of Cibolo, Texas.